UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ERNESTO CASTILLO-ROJAS,                )
                                       )
    Petitioner,                        )        CASE NO.   C07-1922-JLR-JPD
                                       )                   (CR05-392-JLR)
  v.                                   )
                                       )
UNITED STATES OF AMERICA,              )        REPORT AND RECOMMENDATION
                                       )
    Respondent.                        )
_____)

       Petitioner Ernesto Castillo-Rojas has filed a motion under 28 U.S.C. § 2255 seeking to vacate, set aside, or correct the sentence imposed upon him following his 2006 conviction on a charge of possessing methamphetamine with intent to distribute. Petitioner asserts in his motion that the district court erred in its calculation of the sentencing guidelines by assessing a two-point enhancement under Section 2D1.1(b)(1) of the United States Sentencing Guidelines when the government presented no evidence that petitioner possessed any firearms.

       Upon review of petitioner's § 2255 motion, this Court determined that the claim presented therein was the same issue that was presented to, and considered by, the Ninth Circuit Court of Appeals on direct review. Claims that have already been raised on direct appeal may not be raised in

REPORT AND RECOMMENDATION
PAGE - 1

a subsequent § 2255 motion absent a showing of manifest injustice or a change in law. *Polizzi v. United States,* 550 F.2d 1133, 1135 (9th Cir. 1976) (citing *Kaufman v. United States*, 394 U.S. 217, 226-27 & n.8 (1969). Thus, on December 20, 2007, this Court issued an Order directing petitioner to show cause why his § 2255 motion should not be dismissed for failure to state a cognizable ground for relief.

On March 24, 2008, petitioner filed a response to this Court's Order to Show Cause. Petitioner concedes in his response that he raised the same issue on direct appeal as he is attempting to raise in this proceedings. He argues, however, that a manifest injustice has occurred and that his challenge to the two-level enhancement for weapons possession should therefore be considered on the merits in these proceedings. Unfortunately, petitioner, in his response to the Order to Show Cause, does little more than reiterate the argument that was fully considered and rejected on direct appeal. Petitioner makes no showing of manifest injustice. Accordingly, petitioner's § 2255 motion should be dismissed as petitioner has not stated any cognizable ground for relief.

DATED this 22nd day of April, 2008.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2