```
___ FILED       ___ ENTERED
___ LODGED      ___ RECEIVED

       MAY 2 1 2008

         AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERNESTO CASTILLO-ROJAS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> ) | CASE NO.   C07-1922-JLR <br> (CR05-392-JLR) <br><br> ORDER DISMISSING § 2255 MOTION |

The Court, having reviewed petitioner's § 2255 motion, the Report and Recommendation of Judge James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2255 motion, and this action, are DISMISSED for failure of petitioner to state a cognizable ground for relief.

(3) The Clerk is directed to send copies of this Order to petitioner and to Judge Donohue.

DATED this 21st day of May, 2008.

JAMES L. ROBART
United States District Judge

07-CV-01922-ORD

26  ORDER DISMISSING § 2255 MOTION